```
 1  Jennifer S. Perdigao, Esq. [SBN 209723]
    Email: jperdigao@tresslerllp.com
 2  Jihoon Kim, Esq. [SBN 289780]
    Email: jkim@tresslerllp.com
 3  TRESSLER LLP
    6100 Center Drive, Suite 1175
 4  Los Angeles, California 90045
    Telephone:  (310) 203-4800
 5  Facsimile:  (323) 486-2704

 6  Attorneys for Defendants
    JOE SCARCELLA AVIATION CORP;
 7  JOSEPH SCARCELLA
```

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (EASTERN - RIVERSIDE)

| | |
|---|---|
| JAMES HOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF THOMAS MARTINEZ, Thomas Martinez decedent, individually, JOE SCARCELLA AVIATION CORP., a California Corporation; JOSEPH SCARCELLA, an Individual; TEXTRON AVIATION INC., a Kansas Corporation; BEECHCRAFT, an Unknown business entity; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 5:24−cv−00964−SSS−SPx<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION**<br><br>Removal date:         05/07/2024<br>Complaint served:     06/30/2024<br>Current response due: 07/22/2024<br>New response due:    08/21/2024<br><br>**NOTE CHANGES MADE BY COURT** |

/ / /

/ / /

/ / /

/ / /

On or about August 19, 2024, the Parties to the above-filed action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties stipulation is approved;

2. Central District of California Case Number. 5:24−cv−00964−SSS−SP, styled James Hood v. Estate of Thomas Martinez, et. al. is hereby **REMANDED** to Riverside County Superior Court.

3. This matter is hereby stayed from the date of filing of the Parties' Stipulation to Remand Removed Action until the Riverside County Superior Court assumes jurisdiction of this matter. All parties' responsive pleadings shall be due within forty-five (45) days of the Riverside County Superior Court assuming jurisdiction of this matter.

4. The Order to Show Cause issued on August 19, 2024 is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Dated: August 21, 2024

_____
HON. SUNSHINE S. SYKES
DISCTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4882-9804-0270, v. 1 / 11803-37

1
CERTIFICATE OF SERVICE